UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON MORAN, on behalf of himself and all other persons similarly situated,<br><br>          Plaintiff,<br><br>   -against-<br><br>PHARMAVITE, LLC,<br><br>          Defendant. | 25-CV-10253 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 23, 2025, I directed Plaintiff to mail a copy of my order at ECF 7 on the docket and file proof of such mailing on the docket by December 30, 2025. Plaintiff has not done so. I am sua sponte and nunc pro tunc extending these deadlines until **January 12, 2026**. Plaintiff is warned that failure to comply with orders of the Court may lead to dismissal for failure to prosecute.

DATED:  January 5, 2026
      New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE